1  J.M. IRIGOYEN, #177626
   CALFED Law Corporation
2  2131 Amador Street
   Fresno, California 93721
3  Telephone:    (559) 233-3333
   Facsimile:    (559) 233-2434
4
   Attorney for Petitioner-Appellant: OSCAR RAYA
5

6
                    UNITED STATES DISTRICT COURT FOR THE
7
                      EASTERN DISTRICT OF CALIFORNIA
8

9
   UNITED STATES OF AMERICA,                Case No.  1:12-cr-00285 AWI BAM
10
          Plaintiff,
11
          v.                                STIPULATION TO CONTINUE STATUS
12                                           CONFERENCE
   OSCAR RAYA
13
           Defendant.
14

15  _____/

16

17           STIPULATION TO CONTINUE STATUS CONFERENCE

18        It is stipulated and agreed between the parties that the status conference currently set for

19  May 6, 2013, be continued to June 3, 2013.  The continuance is necessary due to the

20  voluminous nature of the evidence to be reviewed.  A complete review of the evidence is

21  necessary to adequately prepare and investigate Defendant's case.   The defendant also needs

22  additional time to review an offer from the government to resolve the case.

23        The parties agree that the delay resulting from the continuance through June 3, 2013,

24  shall be excluded in the interests of justice, including but not limited to, the need for the period

25  of time set further herein for effective defense preparation and the completion of plea

26  negotiations pursuant to 18 U.S.C. §§ 3161(h)(l)(G), 3161(h)(7)(A).

27  / / /

28  / / /

1        I hereby agree to the above stipulation.

2

3    Dated: April 29, 2013                                /s/J.M. Irigoyen
                                                          J.M. Irigoyen
4
         I hereby consent to the above stipulation.
5

6    Dated: April 29, 2013                                /s/David L. Gappa
                                                          David L. Gappa
7

8                                          ORDER

9        It is so ordered.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§

10   3161(h)(l)(G), 3161(h)(7)(A).  Should the parties reach an agreement that resolves the case

11   prior to June 3, 2013, they shall schedule the matter for a hearing in district court.  Should the

12   parties not reach an agreement that resolves the case prior to June 3, 2013, they shall be

13   prepared to schedule this case for trial at the next status conference on June 3, 2013.

14

15   IT IS SO ORDERED.

16
     Dated:    May 2, 2013
17                                         _____
                                                   SENIOR  DISTRICT  JUDGE
18

19

20

21

22

23

24

25

26

27

28