1  J.M. IRIGOYEN, #177626
   CALFED Law Corporation
2  2131 Amador Street
   Fresno, California 93721
3  Telephone:    (559) 233-3333
   Facsimile:    (559) 233-2434
4
   Attorney for Petitioner-Appellant: OSCAR RAYA
5

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:12-cr-00285 AWI BAM |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER |
| OSCAR RAYA | |
| Defendant. | |
| _____/ | |

STIPULATION TO CONTINUE STATUS CONFERENCE

It is stipulated and agreed between the parties that the status conference currently set for June 3, 2013, be continued to July 15, 2013 at 10:00 a.m.. The continuance is necessary for continued negotiation and avoidance of litigating dispositive motions.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set further herein for effective defense preparation and the resolution of pre-trial motions that are pending pursuant to 18 U.S.C. §§ 3161(h)(l)(F), 3161(h)(8)(A) and 3161 (h)(8)(B)(I) through July 15, 2013.

//

//

1 | I hereby agree to the above stipulation.

3 | Dated: May 29, 2013                                    /s/J.M. Irigoyen
                                                           J.M. Irigoyen

I hereby consent to the above stipulation.

6 | Dated: May 29, 2013                                    /s/David L. Gappa
                                                           David L. Gappa

## ORDER

It is so ordered. Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ §§ 3161(h)(l)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

**IT IS SO ORDERED.**

**Dated:   May 30, 2013**

                                                           **SENIOR  DISTRICT  JUDGE**