J.M. IRIGOYEN, #177626
CALFED Law Corporation
2131 Amador Street
Fresno, California 93721
Telephone:    (559) 233-3333
Facsimile:    (559) 233-2434

Attorney for Petitioner-Appellant: OSCAR RAYA

# UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:12-cr-00285-AWI-BAM |
| Plaintiff, | |
| v. | STIPULATION TO EXCLUDE TIME PENDING ENTRY OF GUILTY PLEA; |
| OSCAR RAYA | |
| Defendant. | ORDER |
| _____/ | |

## STIPULATION TO EXCLUDE TIME

At a hearing on July 18, 2013, the parties announced that they intend to enter a plea agreement on August 26, 2013. The court has scheduled a change of plea hearing for that date, but the record does not contain an order excluding time under the Speedy Trial Act through the scheduled change of plea hearing date. The parties request that the court continue to exclude time through August 26, 2013, in order for the parties to complete plea negotiations and the defense to finalize its preparations for entry of the plea. Thus, the parties request that the court order that the delay resulting from the continuance through August 26, 2013, shall be excluded in the interests of justice, including but not limited to, the need for the period of time set further herein for effective defense preparation and the completion of plea negotiations under 18 U.S.C. §§ 3161(h)(l)(G), 3161(h)(7)(A).

///

1  I hereby agree to the above stipulation.

3  Dated: July 18, 2013                    /s/J.M. Irigoyen
                                           J.M. Irigoyen

   I hereby consent to the above stipulation.

6  Dated: July 18, 2013                    /s/David L. Gappa
                                           David L. Gappa

## ORDER

It is so ordered.  Time is excluded in the interests of justice under 18 U.S.C. §§ 3161(h)(l)(G), 3161(h)(7)(A).

Dated:   July 19, 2013                   /s/ Barbara A. McAuliffe
                                         UNITED STATES MAGISTRATE JUDGE