1 BENJAMIN B. WAGNER
United States Attorney
2 DAVD L. GAPPA
Assistant United States Attorney
3 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 Telephone: (559) 497-4000
Facsimile: (559) 497-4099
5

6 Attorneys for Plaintiff United States of America

7

8 IN THE UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    CASE NO. 1:12-CR-00285-AWI

12                Plaintiff,    **PRELIMINARY ORDER OF FORFEITURE**

13        v.

14 OSCAR RAYA,

15 aka "Angel Raya"
   aka "Lilmo"
16                Defendant.

17

18

19    Based upon the plea agreement entered into between plaintiff United States of

20 America and defendant Oscar Raya, it is hereby ORDERED as follows:

21    1. Under 18 U.S.C. § 2253, defendant Oscar Raya's interest in the following

22 property shall be forfeited to the United States of America, to be disposed of according to

23 law:

24    a. Acer Laptop Computer, Model PAV30, serial number LXRF7020521101F9C811601, seized by law enforcement on or about
25       August 7, 2012;
26    b. Seagate 1 terrabyte external hard drive, Serial Number NA05NC78, seized by law enforcement on or about August 7, 2012;
27    c. Western Digital external hard drive, serial number WXN1E40EKK76M, seized by law enforcement on or about August 7, 2012;
28    d. Hewlett Packard Touchsmart computer (and charger), serial number

Preliminary Order of Forfeiture        1

3CR8220NXV.

2. The above-listed property constitutes property which contains visual depictions mailed, shipped, or transported, and is property used or intended to be used to commit and to promote the commission of a violation of 18 U.S.C. § 2252(a).

3. Under Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The property shall be seized and held by the United States Postal Service.

4. a. Under 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253 in which all

///
///
///
///

interests will be addressed.

IT IS SO ORDERED.

Dated:   September 25, 2013

_____
SENIOR DISTRICT JUDGE